IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

APRIL BERNICE SEERING,

    Plaintiff,

v.

CELL PLUS II, INC.

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-625-bbc

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 11/29/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |